**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | Atlantic International Bank Limited |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 181370 . Describe identifier Tax Identification Number .

**For individual debtors:**

☐ Social Security number: xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ___ ___ ___ ___

☐ Other _____ . Describe identifier _____ .

| | |
|---|---|
| 3. **Name of foreign representative(s)** | Julian Murillo |
| 4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Appointment of Julian Murillo as liquidator of debtor Atlantic International Bank Limited by the Central Bank of Belize pursuant to Section 26 of the International Banking Act, Chapter 267, Revised Edition 2011 of the Substantive Laws of Belize |

5. **Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding

☐ Foreign nonmain proceeding

☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor    Atlantic International Bank Limited
          Name
                                                    Case number (if known)

**8. Others entitled to notice**    Attach a list containing the names and addresses of:

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|

Belize

#1 Belcan Plaza
Number      Street

P.O. Box

Belize City
City          State/Province/Region    ZIP/Postal Code

Belize
Country

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|

Number      Street

P.O. Box

City          State/Province/Region    ZIP/Postal Code

Country

#1 Belcan Plaza
Number      Street

P.O. Box

Belize City
City          State/Province/Region    ZIP/Postal Code

Belize
Country

**10. Debtor's website** (URL)    http://www.atlanticibl.com/

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

    ☐ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other.  Specify:    A Private Company Limited by shares and incorporated in Belize under the Companies Act, Chapter 206 of the Laws of Belize, 1980

☐ Individual

| Debtor | Atlantic International Bank Limited | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____     JULIAN A. MURILLO
Signature of foreign representative          Printed name

Executed on  04/29/2019
              MM / DD / YYYY

✗ _____     _____
Signature of foreign representative          Printed name

Executed on  _____
              MM / DD / YYYY

**14. Signature of attorney**

✗  /s/ Patricia A. Redmond          Date  05/13/2019
Signature of Attorney for foreign representative       MM / DD / YYYY

Patricia A. Redmond
Printed name
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Firm name
150 West Flagler Street
Number        Street
Miami                                                    FL        33130
City                                                    State    ZIP Code

305-789-3553                              predmond@stearnsweaver.com
Contact phone                             Email address

303739
Bar number                                State

*In re Atlantic International Bank Limited*
Chapter 15 Petition for Recognition of a Foreign Proceeding

## EXHIBIT 1

**Petition Section 6: Decision Commencing the Foreign Proceeding and Appointing the Foreign Representative.**



*This is a true copy of the original*

*S Lennos*

## Office of the Prime Minister
## Belmopan, Belize, Central America

12 April 2019

Mr. Victor Wilson
Acting Chairman
Atlantic International Bank Limited
1 Belcan Plaza
Belize City
BELIZE

Dear Mr. Wilson,

**Re: Revocation of Licence**

In accordance with Sections 25 and 27(1) of the International Banking Act, Chapter 267, Revised Edition 2011 of the Substantive Laws of Belize (the Act) I, on the recommendation of the Central Bank of Belize, hereby revoke the Unrestricted "A" Class International Banking Licence (Licence No. A/1 of 2000), which was granted to Atlantic International Bank Limited on 20 December 2000 and any other licence issued to Atlantic International Bank Limited under the Laws of Belize for the purpose of carrying on offshore or international banking business.

Accordingly, from 12 April 2019, Atlantic International Bank Limited is prohibited by Section 4 of the Act from carrying on international (offshore) banking business and is required to surrender the said licence and every copy of the licence to the Central Bank of Belize.

Respectfully,

Rt. Hon. Dean O. Barrow
Prime Minister, Minister of Finance and Natural Resources

c: Amb. A. Joy Grant, Governor, Central Bank of Belize

Sir Edney Cain Building
Belmopan, Belize
Central America

Tel: 822-2345/2346
Fax: 822-0071
Email: secretarypm@opm.gov.bz

# GAZETTE NOTICE

## INTERNATIONAL BANKING ACT, CHAPTER 267 AND DOMESTIC BANKS AND FINANCIAL INSTITUTIONS ACT, NO. 11 OF 2012

### CENTRAL BANK OF BELIZE

### Appointment of Liquidator – Atlantic International Bank Limited

**IT IS NOTIFIED,** for general information that in accordance with Section 26 of the International Banking Act, Chapter 267 of the Substantive Laws of Belize, Revised Edition 2011 ("the Act), the Central Bank of Belize has appointed a liquidator in respect of Atlantic International Bank Limited with effect from 12 April 2019.

IT IS FURTHER NOTIFIED, for general information that:

1. In accordance with Sections 25, 26, and 27 of the Act, the Unrestricted "A" Class International Banking Licence of Atlantic International Bank Limited has been revoked with effect from 12 April 2019;

2. The rights, powers, responsibilities and authorisations of shareholders, directors, officers responsible for management of Atlantic International Bank Limited and any other person previously authorised to act or give instructions on behalf of Atlantic International Bank Limited have been cancelled and such persons are no longer so authorised with effect from 12 April 2019;

3. The liquidator, Mr. Julian Murillo, succeeds to all the rights, powers and authorisations of shareholders, directors, officers responsible for management of Atlantic International Bank Limited and any other person previously authorised to act or give instructions on behalf of Atlantic International Bank Limited with effect from 12 April 2019.

MADE this 12th day of April 2019.

Amb. A. JOY GRANT
Governor, Central Bank of Belize

*This is a true copy of the original*

 

This is a true copy
of the original
[signature]

# PUBLIC NOTICE

**Date: 12 April 2019**

## Appointment of Liquidator – Atlantic International Bank Limited

**IT IS NOTIFIED,** for general information that in accordance with Section 26 of the International Banking Act, Chapter 267 of the Substantive Laws of Belize, Revised Edition 2011 ("the Act), the Central Bank of Belize has appointed a liquidator in respect of Atlantic International Bank Limited with effect from 12 April 2019.

IT IS FURTHER NOTIFIED, for general information that:

1. In accordance with Sections 25, 26, and 27 of the Act, the Unrestricted "A" Class International Banking Licence of Atlantic International Bank Limited has been revoked with effect from 12 April 2019;

2. The rights, powers, responsibilities and authorisations of shareholders, directors, officers responsible for management of Atlantic International Bank Limited and any other person previously authorised to act or give instructions on behalf of Atlantic International Bank Limited have been cancelled and such persons are no longer so authorised with effect from 12 April 2019.

3. The liquidator, Mr. Julian Murillo, succeeds to all the rights, powers and authorisations of shareholders, directors, officers responsible for management of Atlantic International Bank Limited and any other person previously authorised to act or give instructions on behalf of Atlantic International Bank Limited with effect from 12 April 2019.

**MADE** this 12th day of April 2019.

[signature]

**Amb. A. JOY GRANT**
**Governor, Central Bank of Belize**

*In re Atlantic International Bank Limited*
Chapter 15 Petition for Recognition of a Foreign Proceeding

**EXHIBIT 2**

**Petition Section 8: Others entitled to notice.**

List containing the names and addresses of:

(i)     all persons or bodies authorized to administer foreign proceedings of the debtor:

•      Julian Murillo, Liquidator, Atlantic International Bank Limited
       #1 Belcan Plaza, Belize City, Belize. C.A.

(ii)    all parties to litigation pending in the United States in which the debtor is a party
        at the time of filing of this petition:

•      Federal Trade Commission

       c/o:    Jonathan A Cohen
               600 Pennsylvania Ave. Nw Cc-9528
               Washington, DC 20580

               Amanda Kostner
               600 Pennsylvania Ave. Nw
               Washington, DC 20580

               Benjamin Theisman
               600 Pennsylvania Ave. Nw
               Washington, DC 20580

               Elizabeth Jeker Averill
               600 Pennsylvania Ave. Nw
               Washington, DC 20580

               Khouryanna DiPrima
               600 Pennsylvania Ave. Nw
               Washington, DC 20508

•      Ecological Fox, LLC a Maryland limited liability company

•      Luke Chadwick, individually and as an officer or owner of Global
       Property Alliance, Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The
       Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco
       Futures Development, Eco Futures Belize)

- Andris Pukke, individually and as an officer or owner of Global Property Alliance, Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco Futures Development, Eco Futures Belize) a.k.a Marc Romeo a.k.a Andy Storm

  c/o: Andrew M Williamson
  Pierce Bainbridge Beck Price & Hecht LLP
  One Thomas Circle, Nw Suite 700
  Washington, DC 20005

  Vanessa M Biondo
  Pierce Bainbridge Beck Price and Hecht LLP
  20 W. 23rd St.
  New York, NY 10010

  Eric M Creizman
  Pierce Bainbridge Beck Price and Hecht LLP
  20 W. 23rd St. 5th Floor
  New York, NY 10010

  Glenn Frederick Ivey
  Price Benowitz LLP
  409 Seventh Street, Nw Suite 200
  Washington, DC 20009

  Jeffrey Newton
  Pierce Bainbridge Beck Price and Hecht LLP
  20 W. 23rd St.
  New York, NY 10010

  Jesse D Stein
  Price Benowitz, LLP
  409 7th St., Nw, Suite 200
  Washington, DC 20004

  Minyao Wang
  Pierce Bainbridge Beck Price and Hecht LLP
  20 W. 23rd St. 5th Floor
  New York, NY 10010

  Patrick Bradford
  Pierce Bainbridge Beck Price and Hecht LLP
  20 W. 23rd St.
  New York, NY 10010

  Stephen Farrelly
  Pierce Bainbridge Beck Price and Hecht LLP

2

20 W. 23rd St. 5th Floor
New York, NY 10010

- Peter Baker, individually and as an officer or owner of Global Property Alliance, Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco Futures Development, Eco Futures Belize)

  c/o:   Alain Jeffrey Ifrah
         Ifrah PLLC
         1717 Pennsylvania Ave Nw Ste 650
         Washington, DC 20006

         William I Rothbard
         Law Offices of William I. Rothbard
         2333 Canyonback Rd.
         Los Angeles, CA 90049

- Global Property Alliance, Inc., a California corporation, also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco Futures Development, Eco Futures Belize, Sittee River Wildlife Reserve, Buy Belize, Buy International

- Sittee River Wildlife Reserve, an entity organized under the laws of Belize d.b.a Sanctuary Bay d.b.a Sanctuary Belize d.b.a The Reserve

- Buy Belize, LLC, a California limited liability company d.b.a Sanctuary Bay d.b.a Sanctuary Belize d.b.a The Reserve d.b.a Kanantik d.b.a Laguna Palms d.b.a Bamboo Springs

- Buy International, Inc., a California corporation d.b.a Sanctuary Bay d.b.a Sanctuary Belize d.b.a The Reserve d.b.a Kanantik d.b.a Laguna Palms d.b.a Bamboo Springs

- Foundation Development Management Inc., a California corporation

- Eco-Futures Development a California corporation d.b.a Sanctuary Bay d.b.a Sanctuary Belize d.b.a The Reserve

- Eco-Futures Belize Limited a company organized under the laws of Belize d.b.a Sanctuary Bay d.b.a Sanctuary Belize d.b.a The Reserve

- Power Haus Marketing a California corporation Defendant Brandi Greenfield individually and as an officer or owner of Global Property Alliance, Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco Futures Development, Eco Futures Belize)

- Bg Marketing, LLC, an Oklahoma limited liability company

- Prodigy Management Group, LLC, a Wyoming limited liability company

- John Usher, individually and as an officer or owner of Sittee River Wildlife Reserve (also d.b.a Sanctuary Bay, Sanctuary Belize, and The Reserve) and Eco-Futures Belize Limited (also d.b.a Sanctuary Bay, Sanctuary Belize, and The Reserve)

- Rod Kazazi, individually and as an officer or owner of Global Property Alliance, Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco Futures Development, Eco Futures Belize

- Foundation Partners, a California corporation formerly known as Red Crane Advisors, Inc.

- Frank Costanzo, individually and as officer or owner of Ecological Fox, LLC, Buy International, Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, and Bamboo Springs), and Foundation Development Management, Inc. a.k.a Frank Green a.k.a Frank Peerless Green a.k.a Frank Connelly a.k.a Frank Connelly-Costanzo

- Belize Real Estate Affiliates, LLC, a limited liability company organized under the laws of St. Kitts and Nevis d.b.a Coldwell Banker Belize d.b.a Coldwell Banker Southern Belize

- Exotic Investor, LLC, a limited liability company organized under the laws of St. Kitts and Nevis d.b.a Coldwell Banker Belize d.b.a Coldwell Banker Southern Belize

- Southern Blaze Realty, LLC, a limited liability company organized under the laws of Belize d.b.a Coldwell Banker Belize d.b.a Coldwell Banker Southern Belize

- Sanctuary Belize Property Owners' Association a Texas non-profit corporation d.b.a The Reserve Property Owners' Association

- Angela Chittenden

  c/o:   James Bradford McCullough

         Lerch Early and Brewer Chtd
         Three Bethesda Metro Center Ste 460
         Bethesda, MD 20814-5367

         Joshua Michael Robbins

4

    Greenberg Gross LLP
    601 S. Figueroa St. 30th Floor
    Los Angeles, CA 90017

    Patrick Bradford
    Pierce Bainbridge Beck Price and Hecht LLP
    20 W. 23rd St.
    New York, NY 10010

    Peter P Hardin
    Greenberg Gross LLP
    601 S. Figueroa St. 30th Floor
    Los Angeles, CA 90017

- Beach Bunny Holdings, LLC, a California limited liability company

  c/o: James Bradford McCullough

    Lerch Early and Brewer Chtd
    Three Bethesda Metro Center Ste 460
    Bethesda, MD 20814-5367

    Joshua Michael Robbins
    Greenberg Gross LLP
    601 S. Figueroa St. 30th Floor
    Los Angeles, CA 90017

    Patrick Bradford
    Pierce Bainbridge Beck Price and Hecht LLP
    20 W. 23rd St.
    New York, NY 10010

    Peter P Hardin
    Greenberg Gross LLP
    601 S. Figueroa St. 30th Floor
    Los Angeles, CA 90017

- The Estate of John Pukke a.k.a The Estate of Janis Pukke a.k.a The Estate of John Andris Pukke

- John Vipulis

- Deborah Connelly

- Newport Land Group, LLC, a Wyoming limited liability company, a.k.a Laguna Palms a.k.a Sanctuary Belize a.k.a Bamboo Springs a.k.a The Reserve

- Michael Santos, individually and as an officer or owner of Global Property Alliance, Inc. a.k.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, Bamboo Springs, Eco Futures, Eco Futures Development, Eco Future Belize, Sittee River Wildlife Reserve, Buy Belize, Buy International, a.k.a Buy Belize, LLC ( also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Laguna Palms, and Bamboo Springs) a.k.a Buy International Inc. (also d.b.a Sanctuary Bay, Sanctuary Belize, The Reserve, Kanantik, Lagunal Palms, and Bamboo Springs)

  c/o:   Courtney Roberts Forrest

         KaiserDillon PLLC
         1401 K Street Nw Suite 600
         Washington, DC 20005

         Jennifer Anne Short
         KaiserDillon PLLC
         1099 14th St. Nw 8th Floor
         Washington, DC 20005

- Ameridebt, Inc.,

- Debtworks, Inc.

- Pamela Pukke a.k.a Pamela Shuster

- Stephanie Brown

  c/o:   Ashlee Smith
         GodwinTirocchi, LLC
         3300 N Ridge Rd Ste 275
         Ellicott City, MD 21043

- Cross-Frederick Associates, LLC

- Fox News Network, LLC

  c/o:   Todd Michael Reinecker
         Miles and Stockbridge PC
         100 Light St
         Baltimore, MD 21202-1487
         USA
         14107276464
         Fax: 14106984507
         Email:Treinecker@milesstockbridge.Com

- Saul Ewing, LLP

- Jones Day

- Island Capital (Igy) Marinas

  c/o:   Dietrich Snell
         Proskauer Rose LLP
         11 Times Square
         New York, NY 10036

         Lee C Douthitt
         ATTORNEY TO BE NOTICED
         Miles & Stockbridge, P.C.
         100 Light Street
         Baltimore, MD 21202

- Media Choice, LLC

- Garrett Smith

- Rus, Miliband & Smith

- Chapter 11 Trustee

- The Hampshire Generational Fund LLC

- David Portman

- Harvey Schultz

- Steven M. Schultz

- Jonathan B Schultz

- John A Saraceno

- Jerry Brown

  c/o:   Ashlee Smith
         GodwinTirocchi, LLC
         3300 N Ridge Rd Ste 275
         Ellicott City, MD 21043

         Claire Elizabeth Carroll
         Munsch Hardt Kopf and Harr
         500 N Akard St. Ste. 3800

7

Dallas, TX 75201

David O Godwin, Jr
GodwinTirocchi LLC
3300 N Ridge Rd Ste 275
Ellicott City, MD 21043

Ross H Parker
Munsch Hardt Kopf and Harr
500 N Akard St. Ste. 3800
Dallas, TX 75201

- Stephanie Brown

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Ross H Parker
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

- Delaney Carlson

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr

8

GodwinTirocchi LLC
3300 N Ridge Rd Ste 275
Ellicott City, MD 21043

Ross H Parker
Munsch Hardt Kopf and Harr
500 N Akard St. Ste. 3800
Dallas, TX 75201

- Theresa Edelen

  c/o:    Ashlee Smith
          GodwinTirocchi, LLC
          3300 N Ridge Rd Ste 275
          Ellicott City, MD 21043

          Claire Elizabeth Carroll
          Munsch Hardt Kopf and Harr
          500 N Akard St. Ste. 3800
          Dallas, TX 75201

          David O Godwin, Jr
          GodwinTirocchi LLC
          3300 N Ridge Rd Ste 275
          Ellicott City, MD 21043

          Ross H Parker
          Munsch Hardt Kopf and Harr
          500 N Akard St. Ste. 3800
          Dallas, TX 75201

- Bill Ewing

  c/o:    Ashlee Smith
          GodwinTirocchi, LLC
          3300 N Ridge Rd Ste 275
          Ellicott City, MD 21043

          Claire Elizabeth Carroll
          Munsch Hardt Kopf and Harr
          500 N Akard St. Ste. 3800
          Dallas, TX 75201

          David O Godwin, Jr
          GodwinTirocchi LLC
          3300 N Ridge Rd Ste 275
          Ellicott City, MD 21043

Ross H Parker
Munsch Hardt Kopf and Harr
500 N Akard St. Ste. 3800
Dallas, TX 75201

- Cheryl Ewing

  c/o:   Ashlee Smith
  GodwinTirocchi, LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Claire Elizabeth Carroll
  Munsch Hardt Kopf and Harr
  500 N Akard St. Ste. 3800
  Dallas, TX 75201

  David O Godwin, Jr
  GodwinTirocchi LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

- Craig Hibbert

  c/o:   Ashlee Smith
  ATTORNEY TO BE NOTICED
  GodwinTirocchi, LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Claire Elizabeth Carroll
  Munsch Hardt Kopf and Harr
  500 N Akard St. Ste. 3800
  Dallas, TX 75201

  David O Godwin, Jr
  GodwinTirocchi LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Ross H Parker
  Munsch Hardt Kopf and Harr
  500 N Akard St. Ste. 3800
  Dallas, TX 75201

- Trisha Hibbert

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Ross H Parker
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

- Lisa Mulvania

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Ross H Parker
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

- Richard Mulvania

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275

11

Ellicott City, MD 21043

David O Godwin, Jr
GodwinTirocchi LLC
3300 N Ridge Rd Ste 275
Ellicott City, MD 21043

Ross H Parker
Munsch Hardt Kopf and Harr
500 N Akard St. Ste. 3800
Dallas, TX 75201

- Cindy Reeves

  c/o:   Ashlee Smith
         GodwinTirocchi, LLC
         3300 N Ridge Rd Ste 275
         Ellicott City, MD 21043

         Claire Elizabeth Carroll
         Munsch Hardt Kopf and Harr
         500 N Akard St. Ste. 3800
         Dallas, TX 75201

         David O Godwin, Jr
         GodwinTirocchi LLC
         3300 N Ridge Rd Ste 275
         Ellicott City, MD 21043

         Ross H Parker
         Munsch Hardt Kopf and Harr
         500 N Akard St. Ste. 3800
         Dallas, TX 75201

- David Reeves

  c/o:   Ashlee Smith
         GodwinTirocchi, LLC
         3300 N Ridge Rd Ste 275
         Ellicott City, MD 21043

         Claire Elizabeth Carroll
         Munsch Hardt Kopf and Harr
         500 N Akard St. Ste. 3800
         Dallas, TX 75201

         David O Godwin, Jr

12

GodwinTirocchi LLC
3300 N Ridge Rd Ste 275
Ellicott City, MD 21043

Ross H Parker
Munsch Hardt Kopf and Harr
500 N Akard St. Ste. 3800
Dallas, TX 75201

- Penny Scrutchin

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Ross H Parker
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

- Thom Scrutchin

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

13

Ross H Parker
Munsch Hardt Kopf and Harr
500 N Akard St. Ste. 3800
Dallas, TX 75201

- Cliff Smith

  c/o:   Ashlee Smith
  GodwinTirocchi, LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Claire Elizabeth Carroll
  Munsch Hardt Kopf and Harr
  500 N Akard St. Ste. 3800
  Dallas, TX 75201

  David O Godwin, Jr
  GodwinTirocchi LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Ross H Parker
  Munsch Hardt Kopf and Harr
  500 N Akard St. Ste. 3800
  Dallas, TX 75201

- Terri Smith

  c/o:   Ashlee Smith
  GodwinTirocchi, LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Claire Elizabeth Carroll
  Munsch Hardt Kopf and Harr
  500 N Akard St. Ste. 3800
  Dallas, TX 75201

  David O Godwin, Jr
  GodwinTirocchi LLC
  3300 N Ridge Rd Ste 275
  Ellicott City, MD 21043

  Ross H Parker
  Munsch Hardt Kopf and Harr

14

500 N Akard St. Ste. 3800
Dallas, TX 75201

- Phillip Watford

    c/o:    Ashlee Smith
            ATTORNEY TO BE NOTICED
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Ross H Parker
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

- Angela Watford

    c/o:    Ashlee Smith
            GodwinTirocchi, LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Claire Elizabeth Carroll
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

            David O Godwin, Jr
            GodwinTirocchi LLC
            3300 N Ridge Rd Ste 275
            Ellicott City, MD 21043

            Ross H Parker
            Munsch Hardt Kopf and Harr
            500 N Akard St. Ste. 3800
            Dallas, TX 75201

15

- Robb Evans & Associates LLC

    c/o:    James E Van Horn
            Barnes and Thornburg LLP
            1717 Pennsylvania Ave Nw Suite 500
            Washington, DC 20006

            Gary Owen Caris
            Barnes and Thornburg LLP
            2029 Century Park East Ste. 300
            Los Angeles, CA 90067

            Kevin C Driscoll, Jr.
            Barnes and Thornburg LLP
            One North Wacker Dr. Ste. 4400
            Chicago, IL 60606

(iii)    all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code:

- Federal Trade Commission

    c/o:    Jonathan A Cohen
            600 Pennsylvania Ave. Nw Cc-9528
            Washington, DC 20580

            Amanda Kostner
            600 Pennsylvania Ave. Nw
            Washington, DC 20580

            Benjamin Theisman
            600 Pennsylvania Ave. Nw
            Washington, DC 20580

            Elizabeth Jeker Averill
            600 Pennsylvania Ave. Nw
            Washington, DC 20580

            Khouryanna DiPrima
            600 Pennsylvania Ave. Nw
            Washington, DC 20508

16

*In re Atlantic International Bank Limited*
Chapter 15 Petition for Recognition of a Foreign Proceeding

**EXHIBIT 3**

**Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(4) and 7001.1**

The following corporation directly or indirectly owns more than 10% of the Debtor's equity interest:

Argento Financial Services Ltd.
1 Belcan Plaza
Belize City, Belize
C.A.